Kristin A. VanOrman (7333)
Jessica J. Johnston (14687)
**STRONG AND HANNI**
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone:  (801) 532-7080
Facsimile:  (801) 596-1508
kvanorman@strongandhanni.com
jjohnston@strongandhanni.com

*Attorneys for Defendant Costco Wholesale Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MELINDA and GARY KOCKLER,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES I-V<br><br>Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 1:19-cv-00023<br><br>Judge Clark Waddoups<br><br>Magistrate Jared C. Bennett |

The Parties, by and through their respective counsel of record, stipulate that Plaintiff's Complaint and all claims and causes of action contained therein, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full, and that said Complaints and all such claims and causes of action against COSTCO WHOLESALE CORPORATION may be dismissed with prejudice, on the merits, the parties to bear their own respective costs and fees.

DATED this 7th day of October 2024.

      /s/ Lindy W. Hamilton
Lindy W. Hamilton
GRIDLEY WARD & HAMILTON

*(\*electronically signed with permission)*

DATED this 7th day of October 2024.

**STRONG & HANNI, P.C.**

      /s/ Kristin A. VanOrman
Kristin A. VanOrman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October 2024, I did cause a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** to to be served via CM/ECF System upon the following:

Erik M. Ward
Lindy W. Hamilton
Robert W. Gibbons
**GRIDLEY WARD & HAMILTON**
635 25th Street
Ogden, UT  84401
efiling@gwhlaw.net

      /s/ Angie Jones